IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PULLMAN SUGAR, LLC. | ) | FILED |
| | ) | APRIL 11, 2008   YM |
| Plaintiff, | )  No.: | 08CV2079 |
| | ) | JUDGE ANDERSEN |
| v. | ) | MAGISTRATE JUDGE ASHMAN |
| | ) | |
| LABUDDE GROUP, INCORPORATED, | ) | |
| a Wisconsin Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE FOR REMOVAL**

TO:   Clerk of United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL 60604;

Michael R. Collins, Collins & Collins, 8 South Michigan Avenue, Suite 1414, Chicago, Illinois 60603.

Defendant, LaBudde Group, Inc. ("LaBudde"), by and through its attorneys, Tribler Orpett & Meyer, P.C., submit this Notice for Removal pursuant to 28 U.S.C. §§1441(a) and 1446. In support of this notice, LaBudde states as follows:

1.   This is a breach of contract action involving the sale of sugar. Plaintiff alleges a contract existed between LaBudde and plaintiff for the sale of 2.7 to 5.4 million pounds of sugar at $0.17 per pound.

2.   Plaintiff filed suit against LaBudde on or about February 26, 2008. The complaint seeks venue in the Circuit Court of Cook County, Illinois. LaBudde was served with the summons and complaint on March 13, 2008. (*Copies of the summons and complaint are attached hereto as Group Exhibit A*).

3.   Plaintiff is a citizen of the State of Illinois and its primary place of business is Chicago, Illinois. (*See Group Exhibit A*). LaBudde is a Wisconsin corporation with its principal

place of business in Grafton, Wisconsin. (*A copy of the Electronic Wisconsin Corporate Records for LaBudde is attached hereto as Exhibit B*).

4.   The complaint alleges that plaintiff suffered damages in the amount of $500,000. (*See Group Exhibit A*).

5.   This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interests and costs.

6.   Pursuant to 28 U.S.C. § 1446(b) and local rules and case law, this notice has been filed within 30 days after the date upon which LaBudde was served with the Summons and Complaint in the above-described action..

7.   This action may be removed to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1441(a).

8.   Written notice of the filing of this notice will be provided to plaintiff's attorney and to the Clerk of the Circuit Court of Cook County, Illinois. (*A copy of the notice of filing this petition is attached hereto as Exhibit C*).

WHEREFORE, further proceedings in this action should be discontinued, and this action shall be removed to the United States District Court for the Northern District of Illinois, Eastern Division.

TRIBLER ORPETT & MEYER, P.C.

By: /s/ Marina Mayer
Attorneys for Defendant, LaBudde Group, Inc.

Marina Mayer
H. Wesley Sunu
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 1300
Chicago, Illinois 60606
Telephone: (312) 201-6400
Fax: (312) 201-6401

## **PROOF OF SERVICE**

      I, Marina Mayer, an-attorney, certify that I served this notice for removal, civil cover sheet and appearances by mailing a copy to Michael R. Collins, Collins & Collins, 8 South Michigan Avenue, Suite 1414, Chicago, Illinois 60603, by depositing same in the U.S. Mail at 225 West Washington Street, Chicago, Illinois 60606, at or about 5:00 p.m. on April 11, 2008, with proper postage prepaid.

                                                _/s/ Marina Mayer_____
                                                Signature

# EXHIBIT A

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | CCG N001-10M-1-07-05 ( ) |
| SUMMONS | ALIAS - SUMMONS | |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

PULLMAN SUGAR, LLC

v.

LABUDDE GROUP, INCORPORATED

**SUMMONS**

2008L002167
CALENDAR/ROOM T
TIME 00:00
Breach of Contract

No. _____

Please Serve:
Richard T. Erikson
Registered Agent - LABUDDE GROUP
1239 12th Ave.
Grafton, WI 53024

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

FEB 26 2008

Atty. No.: 02226
Name: Michael R. Collins
Atty. for: Plaintiff
Address: 8 S Michigan Ave., Ste. 1414
City/State/Zip: Chicago, IL 60603
Telephone: 312-201-8700

WITNESS, _____, _____

DOROTHY BROWN
Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: 312  606-0234
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**Who:** LABADIE GROUP
**Place:** 1239 12TH AVE
**Personal** ✓ **Substitute** ____
**Date:** 3-13-08
**Time:** 5:19 PM
**Deputy:** SPETH
**Badge:** 32

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| PULLMAN SUGAR, LLC an Illinois limited liability company | ) ) ) | |
| Plaintiff, | ) ) ) | 2008L002167 CALENDAR/ROOM T TIME 00:00 |
| v. | ) ) | NO.  Breach of Contract |
| LABUDDE GROUP, INCORPORATED, a Wisconsin corporation | ) ) ) | TRIAL BY JURY DEMANDED |
| Defendant. | ) ) | |

## COMPLAINT FOR BREACH OF CONTRACT

NOW COMES the plaintiff, PULLMAN SUGAR, LLC, by and through its attorneys, COLLINS & COLLINS, and in complaining against the defendant, LABUDDE GROUP, INCORPORATED, avers as follows:

1. Plaintiff, PULLMAN SUGAR, LLC ("Pullman Sugar") is an Illinois corporation with its principal place of business at 700 East 107th Street, Chicago, Illinois. Plaintiff is engaged in the processing of sugar products and by products.

2. Defendant, LABUDDE GROUP, INCORPORATED, ("LaBudde"), is a Wisconsin Corporation, regularly doing business in the State of Illinois.

3. On or about February 15, 2008, LaBudde, through its authorized agent(s) made an oral offer to sell Pullman Sugar between approximately 2.7 million and 5.4 million pounds of sugar at a price of $.17 per pound; "as is" FOB Baltimore, MD; over the next 30 days; with Pullman Sugar to pay by wire transfer in advance of each shipment; with Pullman Sugar to remove and destroy the existing packaging of the product; and with Pullman Sugar to confirm its assent to these terms in writing.

1

4. LaBudde confirmed the terms of its oral offer in an email electronically signed by LaBudde's authorized agent and sent to Pullman Sugar. A copy of LaBudde's confirming email is attached hereto as Exhibit 1.

5. LaBudde's email styled its request for a written acceptance from Pullman Sugar as a request for a written "firm offer" even though the parties agreed and discussed that if Pullman Sugar supplied the requested written assent to the forgoing terms that LaBudde would sell it not less that ½ and up to all of the approximately 5.4 million pounds of sugar. LaBudde directed Pullman Sugar that its written assent should bind Pullman Sugar to purchase all of the approximately 5.4 million pounds of sugar.

6. Pullman Sugar orally agreed and accepted the terms offered by LaBudde orally and as set forth in LaBudde's email. Pullman complied with LaBudde's request for a written "firm offer" (which was actually an acceptance to LaBudde's offer since Pullman Sugar's written assent was all that was required to conclude the agreement) and sent LaBudde the "offer" attached hereto as Exhibit 2.

7. After Pullman Sugar sent the writing requested by LaBudde (Exhibit 2), LaBudde, confirmed again orally that it would sell approximately ½ of the 5.4 million pounds to Pullman Sugar.

8. The forgoing oral conversations and writings formed a binding contract between LaBudde and Pullman Sugar for the sale of at least 2.7 million pounds of sugar at $.17 per pound.

9. Pullman Sugar performed all obligations on its part to be performed under the contract.

10. Nevertheless, shortly after the contract was made, LaBudde called back and repudiated its obligation to sell any sugar to Pullman Sugar and there and then refuse to sell any sugar to Pullman Sugar despite Pullman Sugar's repeated demands that LaBudde comply with the contract.

11. As a direct and proximate result of the defendant's breach of its contract to sell the sugar to Pullman Sugar, Pullman Sugar has incurred direct and consequential damages in the amount of $500,000.

WHEREFORE, the plaintiff, PULLMAN SUGAR, INC., prays for judgment in its favor and against the defendant, LABUDDE GROUP, INCORPORATED in the sum of $500,000 for its costs of suit, and for such other relief as this court may deem proper.

Respectfully submitted,

COLLINS & COLLINS

By: _____
     Michael R. Collins

Michael R. Collins
COLLINS & COLLINS
8 S. Michigan Ave., Ste. 1414
Chicago, IL 60603
312-201-8700
Atty. No. 02226

3

**EXHIBIT 1**

FEB-18-2008 09:27        DUTCH FARMS                  773 660 1032      P.02

## Brandon Boomsma

**From:** Justin Scholz [justin@labudde.com]
**Sent:** Friday, February 15, 2008 11:15 AM
**To:** 'blboomsma@pullmansugar.com'
**Cc:** Rich Erickson
**Subject:** sugar deal

Brandon/Brian,

Here's what we need to proceed:

1. a firm offer in writing saying that you will pay $.17/lb "as is", FOB Baltimore, MD and will ship everything over the next 30 days
2. a written guarantee that you will remove the sugar from the packaging and that packaging will be destroyed
3. payment terms such as wire transfer each day to cover the product that will pick up or a lump sum wire up front to cover X amount of shipments, etc.

Also, a reminder that there is still a chance that half of this 5.4 million pounds will have to go to another customer.

Thanks,

Justin Scholz
LaBudde Group – FL
308-358-0190

2/18/2008

**EXHIBIT 2**

FEB-18-2008  09:27        DUTCH FARMS                            773 660 1032    P.03



# Pullman Sugar, LLC

## Offer

This offer lies between Pullman Sugar of 700 E. 107th Street, Chicago, IL 60628 and Labudde Group of 1239 12th Ave, Grafton WI 53024.

- Pullman Sugar offers to pay Labudde Group $.17/lb FOB for all 5,419,916 lbs of sugar located in Baltimore, MD.

- Pullman Sugar guarantees that all of the product coming from Baltimore, MD will be taken out of its original packaging and the packaging will be destroyed.

- **Payment terms** – Pullman Sugar will wire transfer the money to Labudde Group in increments as the product picked up from the warehouse.

- Acceptance of this offer is needed by today, February 15, 2008.

Agreed upon February 15, 2008

[signature]  x  2.15.08

_____  x

700 E. 107th Street    Chicago, Illinois  60628
Phone  773.908.0934      Fax  773.821.7698

TOTAL P.03

# EXHIBIT B

# Wisconsin Department of Financial Institutions
## Strengthening Wisconsin's Financial Future

Search for:
LaBudde

[Search Records]

Search
Advanced Search
Name Availability

**Corporate Records**                                      Result of lookup for **E021801** (at 4/4/2008 9:49 AM )

# LABUDDE GROUP INCORPORATED

You can: File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

### Vital Statistics

| | |
|---|---|
| Entity ID | E021801 |
| Registered Effective Date | 09/30/1985 |
| Period of Existence | PER |
| Status | Restored to Good Standing   Request a Certificate of Status |
| Status Date | 07/27/1999 |
| Entity Type | Domestic Business |
| Annual Report Requirements | Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |

### Addresses

Registered Agent Office
RICHARD T ERICKSON
1239 12TH AVE
GRAFTON , WI 53024

File a Registered Agent/Office Update Form

Principal Office
1239 12TH AVENUE
GRAFTON , WI 53024
UNITED STATES OF AMERICA

### Historical Information

Annual Reports

| Year | Reel | Image | Filed By | Stored On |
|------|------|-------|----------|-----------|
| 2007 | 000  | 0000  | online   | database  |
| 2006 | 000  | 0000  | online   | database  |
| 2005 | 000  | 0000  | online   | database  |
| 2004 | 000  | 0000  | online   | database  |

| 2003 | 000 | 0000 | online | database |
|------|-----|------|--------|----------|
| 2002 | 000 | 0000 | online | database |
| 2001 | 000 | 0000 | online | database |
| 2000 | 018 | 2413 | paper  | microfilm |
| 1999 | 016 | 0218 | paper  | microfilm |
| 1997 | 020 | 1194 | paper  | microfilm |
| 1996 | 016 | 1714 | paper  | microfilm |
| 1995 | 016 | 1938 | paper  | microfilm |
| 1994 | 016 | 1788 | paper  | microfilm |
| 1993 | 017 | 1131 | paper  | microfilm |

File an Annual Report - Order a Document Copy

**Certificates of Newly-elected Officers/Directors**  None

**Old Names**

| Change Date | Name |
|---|---|
| Current | LABUDDE GROUP INCORPORATED |
| 10/28/1998 | LABUDDE FEED & GRAIN CO., INC. |
| 11/15/1985 | ERICKSON GRAIN CO., INC. |

**Chronology**

| Effective Date | Transaction | Filed Date | Description |
|---|---|---|---|
| 09/30/1985 | Incorporated/Qualified/Registered | 09/30/1985 | |
| 11/15/1985 | Amendment | 11/15/1985 | NAME CHG |
| 08/15/1986 | Change of Registered Agent | 08/15/1986 | |
| 10/13/1997 | Change of Registered Agent | 10/13/1997 | FM 16 1997 |
| 10/28/1998 | Amendment | 11/04/1998 | NAME CHG |
| 07/01/1999 | Delinquent | 07/01/1999 | |
| 07/27/1999 | Restored to Good Standing | 07/27/1999 | |
| 09/26/2001 | Change of Registered Agent | 09/26/2001 | FM16-E-Form |

Order a Document Copy

Search Tips | Give us feedback

# EXHIBIT C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| PULLMAN SUGAR, LLC. | ) |
| Plaintiff, | ) No.: 08 L 002167 |
| v. | ) |
| LABUDDE GROUP, INCORPORATED, a Wisconsin Corporation, | ) |
| Defendant. | ) |

### NOTICE OF FILING NOTICE FOR REMOVAL

TO:   Clerk of the Circuit Court of Cook County, Illinois.

Michael R. Collins, Collins & Collins, 8 South Michigan Avenue, Suite 1414, Chicago, Illinois 60603

PLEASE TAKE NOTICE that on April 11, 2008, defendant, LaBudde Group, Inc., filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a Notice for Removal, a true and correct copy of which is attached hereto.

Pursuant to 28 U.S.C. § 1441, this action has been removed from this court to the United States District Court for the Northern District of Illinois, Eastern Division, and all further proceedings shall be before that court.

TRIBLER ORPETT & MEYER, P.C.

By: _____
Attorneys for Defendant, LaBudde Group, Inc.

Marina Mayer
H. Wesley Sunu
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 1300
Chicago, Illinois 60606
Telephone: (312) 201-6400
Fax: (312) 201-6401
Firm No.: 39950

## PROOF OF SERVICE

    I, Marina Mayer, an-attorney, certify that I served this notice for removal, civil cover sheet and appearances by mailing a copy to Michael R. Collins, Collins & Collins, 8 South Michigan Avenue, Suite 1414, Chicago, Illinois 60603, by depositing same in the U.S. Mail at 225 West Washington Street, Chicago, Illinois 60606, at or about 5:00 p.m. on April 11, 2008, with proper postage prepaid.

_____
Signature