IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PULLMAN SUGAR, LLC. | ) | |
| | ) | FILED |
| Plaintiff, | ) | No.: APRIL 11, 2008    YM |
| | ) | 08CV2079 |
| v. | ) | JUDGE ANDERSEN |
| | ) | MAGISTRATE JUDGE ASHMAN |
| LABUDDE GROUP, INCORPORATED, | ) | |
| a Wisconsin Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

---

**ANSWER TO THE COMPLAINT**

---

Defendant Labudde Group, Incorporated ("LaBudde"), by and through its attorneys, Tribler, Orpett & Meyer, P.C., answers plaintiff's complaint as follows:

1. LaBudde lacks sufficient knowledge and information to form a belief as to the truth of any of the allegations contained in paragraph 1 of the Complaint, and, therefore, each and every allegation contained in that paragraph is denied and plaintiff is put to its proof thereon.

2. Admits LaBudde is a Wisconsin corporation. LaBudde lacks sufficient knowledge and information to form a belief as to the truth of any of the remaining allegations contained in paragraph 2 of the Complaint, and, therefore, each and every allegation contained in that paragraph is denied and plaintiff is put to its proof thereon

3. LaBudde denies that it directly or indirectly made an offer; alleges that LaBudde had communications with plaintiff regarding some of the terms of a possible offer but material terms remained to be determined before an offer could be conveyed; LaBudde lacks sufficient knowledge and information to form a belief as to the truth of any of the remaining allegations

contained in paragraph 3 of the Complaint, and, therefore, each and every allegation contained in that paragraph is denied and plaintiff is put to its proof thereon.

4. LaBudde denies that it made an oral offer; LaBudde admits Exhibit 1 contains an email, however, alleges the document speaks for itself; alleges that Exhibit 1 was an invitation for plaintiff to bid and details specific material terms that remained to be addressed in an offer or bid. LaBudde lacks sufficient knowledge and information to form a belief as to the truth of any of the remaining allegations contained in paragraph 4 of the Complaint, and, therefore, each and every allegation contained in that paragraph is denied and plaintiff is put to its proof thereon.

5. LaBudde denies each and every allegation contained in paragraph 5 of the Complaint.

6. LaBudde denies each and every allegation contained in paragraph 6 of the Complaint.

7. LaBudde denies each and every allegation contained in paragraph 7 of the Complaint.

8. LaBudde denies each and every allegation contained in paragraph 8 of the Complaint.

9. LaBudde denies each and every allegation contained in paragraph 9 of the Complaint.

10. LaBudde denies any contract was made between itself and plaintiff and further denies it repudiated any obligation to sell sugar to plaintiff. LaBudde lacks sufficient knowledge and information to form a belief as to the truth of any of the remaining allegations contained in paragraph 10 of the Complaint, and, therefore, each and every allegation contained in that paragraph is denied and plaintiff is put to its proof thereon.

11. Paragraph 11 does not allege any facts, but simply states a legal proposition. Therefore, no response to this paragraph is required. If the court deems a response is required, LaBudde lacks sufficient knowledge and information to form a belief as to the truth of any of the allegations contained in paragraph 11 of the Complaint, and, therefore, each and every allegation contained in that paragraph is denied and plaintiff is put to its proof thereon.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint and each cause of action stated therein may fail to state a claim upon which relief can be granted.

2. Upon information and belief, plaintiff's damages, if any, were caused by its own acts or omissions.

3. Upon information and belief, plaintiff has failed to mitigate its damages, if any.

4. Plaintiff's causes of action may be barred by the Statute of Frauds.

WHEREFORE, defendant LaBudde Group, Inc. demands judgment dismissing the plaintiff's complaint on its merits together with its costs and disbursements.

        TRIBLER ORPETT & MEYER, P.C.

        By: _/s/ Marina Mayer_____
        Attorneys for Defendant, LaBudde Group, Inc.

Marina Mayer
H. Wesley Sunu
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 1300
Chicago, Illinois 60606
Telephone: (312) 201-6400
Fax: (312) 201-6401