# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08 CV 2079

PULLMAN SUGAR, LLC

V.

LABUDDE GROUP, INCORPORATED

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PULLMAN SUGAR, LLC

| | |
|---|---|
| **NAME** (Type or print) <br> MICHAEL R. COLLINS | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ MICHAEL R. COLLINS | |
| **FIRM** <br> COLLINS & COLLINS | |
| **STREET ADDRESS** <br> 8 S. MICHIGAN AVE., SUITE 1414 | |
| **CITY/STATE/ZIP** <br> CHICAGO, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC#6194168 | **TELEPHONE NUMBER** <br> 312-201-8700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |