# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number: 08-CV-2079
PULLMAN SUGAR, LLC

vs.

LaBUDDE GROUP, INCORPORATED

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
LaBUDDE GROUP, INCORPORATED

| | |
|---|---|
| NAME (Type or print) <br> Bruce A. McIlnay | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Bruce A. McIlnay | |
| FIRM <br> McIlnay & Button, Ltd. | |
| STREET ADDRESS <br> 1150 Washington Street | |
| CITY/STATE/ZIP <br> Grafton, WI 53024 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC#1006609 | TELEPHONE NUMBER <br> 262-376-1287 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTICATE OF SERVICE

    I, Debbie L. Pfannerstill, certify that I served the Notices of Appearance by mailing copies to Michael R. Collins, Collins & Collins & Collins, 8 South Michigan Avenue, Suite 1414, Chicago, Illinois 60603, and H. Wesley Sunu, Tribler Orpett & Meyer, P.C., 225 West Washington, Suite 1300, Chicago, Illinois 60606 by depositing same in the U.S. mail this 21st day of May, 2008.

Debbie L. Pfannerstill