IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PULLMAN SUGAR, LLC. | ) | |
| | ) | |
| Plaintiff, | ) | No.: 08 CV 2079 |
| | ) | |
| v. | ) | |
| | ) | |
| LABUDDE GROUP, INCORPORATED, | ) | |
| a Wisconsin Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

NOW COMES the law firm of TRIBLER ORPETT & MEYER, P.C., and respectfully requests leave of court to withdraw the appearances of H. Wesley Sunu, Esq. and Marina Mayer, Esq. as local counsel on behalf of LaBudde Group, Incorporated, a Wisconsin Corporation, *instanter*.

TRIBLER ORPETT & MEYER, P.C.

By: _/s/ Marina Mayer_____
Attorneys for Defendant, LaBudde Group, Inc.

Marina Mayer
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 1300
Chicago, Illinois 60606
Telephone: (312) 201-6400
Fax: (312) 201-6401

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Motion to Withdraw was served upon:

Michael R. Collins
Collins & Collins
Eight South Michigan Ave.
Suite 1414
Chicago, IL 60603
michael.collins@collinsandcollins.com

Linda Isnard
McIlnay & Button, Ltd.
1150 Washington Street
Grafton, WI 53024
linda@legalmms.com


service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 27th day of May, 2008, with proper postage prepaid.


                                            s/ Marina Mayer_____
                                            an Attorney