IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PULLMAN SUGAR, LLC. | ) | |
| | ) | |
| Plaintiff, | ) | No.: 08 CV 2079 |
| | ) | |
| v. | ) | Judge Andersen |
| | ) | Magistrate Judge Ashman |
| LABUDDE GROUP, INCORPORATED, | ) | |
| a Wisconsin Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

On the 5th day of June, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Andersen or the presiding judge in courtroom 1403 in the United States District Court of Cook County, Illinois and shall then and there present Motion to Withdraw.

        Respectfully submitted,

        TRIBLER ORPETT & MEYER, P.C.

        s/ Marina Mayer
        Attorney for defendants,

H.Wesley Sunu, Esq. -- ARDC # 6191028
Marina Mayer -- ARDC # 6290160
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Notice of Motion to Withdraw was served upon:

Michael R. Collins
Collins & Collins
Eight South Michigan Ave.
Suite 1414
Chicago, IL 60603
michael.collins@collinsandcollins.com

Linda Isnard
McIlnay & Button, Ltd.
1150 Washington Street
Grafton, WI 53024
linda@legalmms.com


service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 27th day of May, 2008, with proper postage prepaid.


                                                    s/ Marina Mayer_____
                                                    an Attorney