UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Pullman Sugar, LLC

                        Plaintiff,

v.                                                    Case No.: 1:08–cv–02079
                                                           Honorable Wayne R. Andersen

Labudde Group, Incorporated

                        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 17, 2008

                                                                                       /s/ Wayne R. Andersen

                                                                               United States District Judge