IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PULLMAN SUGAR, LLC,

        Plaintiff,

v.

LaBUDDE GROUP, INC.,
a Wisconsin corporation,

        Defendant.

Case No. 08-CV-2079

**JOINT PROPOSED SCHEDULING ORDER**
_____

Plaintiff Pullman Sugar, LLC and Defendant LaBudde Group, Inc. hereby submit the following Joint Proposed Scheduling Order in the above-captioned matter:

1. The parties shall exchange Rule 26(a)(1)(A) initial disclosures on or before September 1, 2008.

2. The deadline for filing motions to amend pleadings and/or add additional parties shall be October 1, 2008.

3. Lay and expert witnesses, including any expert reports, shall be disclosed as follows:

    a. Plaintiff:  October 1, 2008.

    b. Defendant:  December 1, 2008.

4. Discovery (except for depositions for use at trial) shall be concluded, and not propounded, by January 31, 2009.

    5.    Dispositive motion deadline shall be February 27, 2009.

| | |
|---|---|
| Dated:  July 28, 2008 | Collins & Collins<br>Counsel for Plaintiff |
| | By:_____/s/_____<br>Michael R. Collins<br>8 South Michigan Avenue<br>Suite 1414<br>Chicago, IL 60603<br>312-201-8700 |
| Dated:  July 28, 2008 | McIlnay & Button, Ltd.<br>Counsel for Defendant |
| | By:__/s/_____<br>Bruce A. McIlnay<br>Linda S. Isnard<br>1150 Washington Street<br>Grafton, WI  53024<br>262-376-1287 |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the Joint Proposed Scheduling Order was served upon:

    Michael R. Collins
    Collins & Collins
    Eight South Michigan Avenue
    Suite 1414
    Chicago, IL  60603
    michael.collins@collinsandcollins.com

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 1150 Washington Street, Grafton, WI  53024, prior to 5:00 p.m. on the 28th day of July, 2008, with proper postage prepaid.

                                                                    _____/s/_____
                                                                     Debbie L. Pfannerstill