UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Pullman Sugar, LLC
                         Plaintiff,

v.                                                        Case No.: 1:08−cv−02079
                                                          Honorable Wayne R. Andersen

Labudde Group, Incorporated
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Parties' joint proposed scheduling order is adopted. The parties shall exchange Rule 26(a)(1)(A) initial disclosures by 9/1/2008. Motions to amend pleadings and/or add additional parties shall be filed by 10/1/2008. Plaintiff to disclose lay and expert witnesses, including any expert reports by 10/1/2008. Defendant to disclose lay and expert witnesses, including any expert reports by 12/1/2008. Discovery (except for depositions for use at trial) shall be concluded, and not propounded, by 1/30/2009. Dispositive motions due by 2/27/2009. Magistrate Judge Status hearing set for 9/30/2008 at 10:00 AM. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.